UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,<br><br>                           Plaintiff,<br><br>                v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as Receiver for Washington Mutual Bank, and FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>                         Defendants. | Case No. 1:12-cv-00450-RMC<br><br>Hon. Rosemary M. Collyer |

## STIPULATION OF DISMISSAL

All parties who have appeared in the above-captioned civil action stipulate that it is dismissed with prejudice but without fees or costs. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated:  September 8, 2017                     Respectfully submitted,

                                                       /s/ Robert A. Sacks
                                           Robert A. Sacks, D.D.C. Bar No. MI0069
                                           SULLIVAN & CROMWELL LLP
                                           1888 Century Park East
                                           Los Angeles, California  90067-1725
                                           Telephone:  (310) 712-6600
                                           Facsimile:  (310) 712-8800
                                           Email:  sacksr@sullcrom.com

                                           *Counsel for JPMorgan Chase Bank, National Association*

Of Counsel:

Kathryn R. Norcross, D.C. Bar No. 398120
   Senior Counsel
Wendy Kloner, D.C. Bar No. 253062
   Counsel
FEDERAL DEPOSIT INSURANCE
CORPORATION
3501 Fairfax Drive, Room VS-D-7118
Arlington, Virginia 22226
Telephone:  (703) 562-2391
Facsimile:  (703) 562-2481
Email: knorcross@fdic.gov
Email: wkloner@fdic.gov

  /s/ Scott H. Christensen
Scott H. Christensen, D.C. Bar No. 476439
HUGHES HUBBARD & REED LLP
1775 I Street, N.W., Suite 600
Washington, D.C. 20006-2401
Telephone:  (202) 721-4600
Facsimile:  (202) 721-4646
Email:  scott.christensen@hugheshubbard.com

*Counsel for Federal Deposit Insurance Corporation in its capacity as Receiver for Washington Mutual Bank*

  /s/ Daniel H. Kurtenbach
Daniel H. Kurtenbach, D.C. Bar No. 426590
FEDERAL DEPOSIT INSURANCE
CORPORATION
Corporate Litigation Unit
3501 Fairfax Drive, VS-D7026
Arlington, Virginia  22226
Telephone:  (703) 562-2465
Facsimile:  (703) 562-2477
Email:  dkurtenbach@fdic.gov

*Counsel for Federal Deposit Insurance Corporation in its corporate capacity*